IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BNP PETROLEUM CORPORATION, | § | CASE NO. 09-20206 |
| AND BNP OIL & GAS PROPERTIES, | § | CASE NO. 09-20612 |
| LTD. | § | (Chapter 11) |
| DEBTORS. | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 09-20206 |
| TOBY SHOR and SEASHORE | § | |
| INVESTMENTS MANAGEMENT | § | |
| TRUST, | § | |
| Plaintiffs | § | |
| V. | § | ADVERSARY NO. _____ |
| | § | |
| PAUL BLACK; BNP HOLDILNGS, | § | |
| LDT.; BNP OIL & GAS PROPERTIES, | § | |
| LDT.; BNP PETROLEUM | § | |
| CORPORATION; PBF INVESTIMENTS, | § | |
| LTD.; PAGENERGY COMPANY, L.L.C.; | § | |
| TSE EQUITIES I, L.L.C.; TSE | § | |
| EQUITIES COMPANY, LTD.; BNP | § | |
| MANAGEMENT L.L.C.; 500 WATER | § | |
| STREET PROPERTY, L.L.C.; AND 500 | § | |
| N. WATER STREET PROPERTY I, L.L.C. | § | |
| Defendant | § | |

## NOTICE OF REMOVAL

TO THE U.S. BANKRUPTCY CLERK:

     Please take notice that Michael B. Schmidt, Trustee, ("Trustee") for the Bankruptcy Estates of BNP Petroleum Corporation and BNP Oil & Gas Properties, Ltd, by and through his attorney, hereby removes to this Court the State Court action described below:

     1.    A Petition was filed in the County Court at Law No. One, Nueces County, Texas under Cause No. 08-60699 styled *Toby Shor and Seashore Investments Management Trust v. Paul Black; BNP Holdings, Ltd.; BNP Oil & Gas Properties, Ltd.; BNP Commercial Properties, Ltd.; BNP Petroleum Corporation; PBF Investments, Ltd.; Pagenergy Company, L.L.C.; TSE Equities I, L.L.C.; TSE Equities Company, Ltd.; BNP Management, L.L.C. ; 500 N. Water Street Property I, L.L.C.* (the "State Court Action"). The Bankruptcy Estate's are Defendants in the State Court Action. A complete copy of the file in the action will be filed as soon as reasonably

possible.

     2.    BNP Petroleum Corporation and BNP Oil & Gas Properties, Ltd, as Debtors in bankruptcy filed for relief under the Bankruptcy Code subsequent to the filing of the State Court Action.

     3.    This Notice is filed timely in the State Court Action in accordance with Rule 9027 Fed. R. Bank. Proc.

     4.    This action is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A)(B), (C), (E), (L) and (O).  Therefore, this action is one which may be removed pursuant to 28 U.S.C. §1452 and/or Federal Bankruptcy Rule 9027.

     5.    Parties: Pursuant to Local :Rule 9027 (a), the following is a list of the names and addresses of all parties, on which service has been accomplished, and the name, address and telephone number of the counsel for each party.

<u>Plaintiff</u>:                Toby Shor and Seashore Investments Management Trust,
<u>Counsel</u>:              Reynolds, Frizzell, Black, Doyle, Allen & Oldham, LLP
                            1100 Louisiana, Suite 3500
                            Houston, TX 77002
                            713-485-7200

                            Gibbs & Bruns, LLP
                            1100 Louisiana, Suite 5300
                            Houston, TX 77002
                            713-650-8805

                            King & Spalding, LLP
                            1100 Louisiana, Suite 4000
                            Houston, TX 77002
                            713-751-3200

Service by serving Plaintiffs' Counsel.

<u>Defendant (other than Bankruptcy Debtors)</u>:    Paul Black; BNP Holdings, Ltd.; BNP Commercial Properties, Ltd.; BNP Petroleum Corporation; PBF Investments, Ltd.; Pagenergy Company, L.L.C.; TSE Equities I, L.L.C.; TSE Equities Company, Ltd.; BNP Management, L.L.C. ; 500 N. Water Street Property I, L.L.C.

2

Counsel:                              Watts Guerra Craft, LLP
                                      300 Convent, Suite 100
                                      San Antonio, TX 78205
                                      210-527-0500

                                      Harris & Greenwell
                                      615 N. Upper Broadway, Ste 1700
                                      Corpus Christi, TX 78477
                                      361-883-1961

     WHEREFORE, Trustee herby gives notice that this action is removed to this Court and requests that this action be placed on the docket of this Court for further proceedings, the same as though this action had been initiated originally in this Court, and for such other and further relief entitled to.


Dated: November 15, 2010

                                      Respectfully submitted:
                                      Law Office of Michael B. Schmidt


                    By:    /S/KEVIN HANNA
                           Michael B. Schmidt / Kevin P. Hanna
                           555 N. Carancahua Ste. 1550
                           Corpus Christi, TX 78401
                           E-mail: m_schmid@swbell.net
                                  k_hanna@swbell.net
                           Phone: (361) 884-9949
                           Fax: (361) 884-6000
                           TBN: 17775200 / 00784206
                           Fed. ID No. 10260 / 17125
                           ATTORNEYS FOR CHAPTER 7 TRUSTEE


## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the above and foregoing legal document was electronically mailed this 15th day of November, 2010 to those on the attached list and to those listed below.

                                      /S/KEVIN HANNA
                                      Kevin P. Hanna

Reynolds, Frizzell, Black, Doyle, Allen & Oldham, LLP
1100 Louisiana, Suite 3500
Houston, TX 77002

Gibbs & Bruns, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

King & Spalding, LLP
1100 Louisiana, Suite 4000
Houston, TX 77002

Watts Guerra Craft, LLP
 300 Convent, Suite 100
San Antonio, TX 78205

Harris & Greenwell
615 N. Upper Broadway, Ste 1700
Corpus Christi, TX 78477